IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **NIGEL NOLL**, <br><br> Plaintiff, <br><br> vs. <br><br> **BOARD OF REGENTS of the UNIVERSITY OF WISCONSIN SYSTEM,** <br><br> **DR. B. BRADFORD BROWN,** <br><br> **DR. HALEY VLACH,** <br><br> Defendants. | Case No. **20-cv-293** |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Nigel Noll hereby appeals to the United States Court of Appeals for the Seventh Circuit from this Court's order granting summary judgment to Defendant Board of Regents of the University of Wisconsin System, entered in this action on November 8, 2021.

Respectfully submitted,

  s/ Brady R. Henderson

Brady R. Henderson, Wis. Bar #1116435, Okla. Bar #21212
Cream City Law, LLC
5150 N Port Washington Rd, Suite 210
Milwaukee, WI 53217
(414) 563-7453
brady@creamcity.law

## CERTIFICATE OF SERVICE

    I, Brady R. Henderson, Attorney for Plaintiff, hereby certify that on the day of filing, I caused the above and forgoing pleading to be served on all counsel of record in this case, via the Court's CM/ECF system.


\_\_s/ Brady R. Henderson\_\_\_